IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| TONYA ANNE DARNELL ) | Case No. 17−35306−KRH |
| ) | Chapter 13 |
| Debtor ) | |

**MOTION FOR EXTENSION OF TIME FOR FILING CERTIFICATE
OF COMPLETION OF POST-PETITION FINANCIAL MANAGEMENT
COURSE AND CERTIFICATION  PURSUANT TO 11 U.S.C. § 1328**

COMES NOW the Debtor, by counsel, and files this Motion to extend the time for the filing of the Certificate of Completion of Post-Petition Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328; and in support hereof states unto the Court as follows:

1.	The Debtor filed the Chapter 13 petition herein on October 24, 2017.

2.	The Debtor has completed the Chapter 13 Plan payments and on June 6, 2020 the Court issued a Notice to Debtor and Creditors Concerning Issuance of Discharge.

3.	Counsel for the Debtor has had difficulty in contacting the Debtor to remind the Debtor of the requirement to complete the Post-Petition Financial Management Course and sign the Certification Pursuant to 11 U.S.C. § 1328.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order extending the time for the filing of the Debtor's Certificate of Completion of Post-Petition Financial

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

Management Course and Certification Pursuant to 11 U.S.C. § 1328, and for such other relief as the Court may deem appropriate.

        Respectfully submitted,

        TONYA ANNE DARNELL

        By: /s/ James E. Kane
                Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

        /s/ James E. Kane
            James E. Kane

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                    )
                                          )
TONYA ANNE DARNELL                        )     Case No. 17−35306−KRH
                                          )     Chapter 13
           Debtor                         )

## NOTICE OF MOTION

The above Debtor has filed Motion to extend the time for the filing of her Certificate of Completion of Post-Petition Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219

- Attend a hearing to be scheduled at a later date.  <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

3

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Respectfully submitted,

TONYA ANNE DARNELL

By: /s/ James E. Kane
      Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

     I hereby certify that on July 21, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

/s/ James E. Kane
    James E. Kane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 17-35306-KRH<br>Eastern District of Virginia<br>Richmond<br>Fri Dec  8 09:15:58 EST 2017 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | AMCA<br>Attention: Bankruptcy<br>4 Westchester Plaza, Suite 110<br>Elmsford, NY 10523-1615 |
| AmSher Collection Srv<br>4524 Southlake Parkway<br>Suite 15<br>Hoover, AL 35244-3271 | Amy Baker<br>9347 Count Christopher Drive<br>Mechanicsville, VA 23116-6528 | City of Richmond<br>PO Box 26508<br>Richmond, VA 23261-6508 |
| City of Richmond  City Hall<br>Room 109 Delinquent Taxes<br>900 East Broad Street<br>Richmond VA 23219-1907 | Credit Control Corp<br>Po Box 120568<br>Newport News, VA 23612-0568 | (p)FORD MOTOR CREDIT COMPANY<br>P O BOX 62180<br>COLORADO SPRINGS CO 80962-2180 |
| Ford Motor Credit Company, LLC<br>c/o Randolph, Boyd, Cherry and Vaughan<br>13 East Main Street<br>Richmond, VA 23219-2109 | Henrico Doctors Hospital<br>1602 Skipwith Rd<br>Henrico, VA 23229-5298 | MCV Associated Physicians<br>P O Box 91747<br>Richmond, VA   23291-1747 |
| MCV Hospitals<br>P.O. Box 980462<br>Richmond, VA 23298-0462 | MCV Physicians<br>PO Box 91747<br>Richmond, VA 23291-9747 | Northumberland County<br>P.O. Box 297<br>Heathsville, VA 22473-0297 |
| Northumberland Treasurer<br>72 Monument Place<br>Heathsville, VA 22473-3336 | Randolph Boyd Cherry & Vaughan<br>14 East Main Street<br>Richmond, VA 23219-2110 | Southwest Credit Systems<br>4120 International Pkwy<br>Ste 1100<br>Carrollton, TX 75007-1958 |
| Sternrecsvcs<br>415 N Edgeworth St Ste 210<br>Greensboro, NC 27401-2071 | United Consumers<br>14205 Telegraph Rd<br>Woodbridge, VA 22192-4615 | Verizon<br>Verizon Wireless Bankruptcy<br>500 Tecnolgy Dr Ste 500<br>Weldon Springs, MO 63304-2225 |
| Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218-1819 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | Judy A. Robbins<br>Office of the U.S. Trustee - Region 4 -R<br>701 E. Broad Street, Suite 4304<br>Richmond, VA 23219-1849 |
| Tonya Anne Darnell<br>P.O. Box 262<br>Mechanicsville, VA 23111-0262 | | |

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ford Motor Credit
National Bankruptcy Service
Po Box 62180
Colorado Springs, CO 80962-0000

| End of Label Matrix | |
|---|---|
| Mailable recipients | 24 |
| Bypassed recipients | 0 |
| Total | 24 |