# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

__Richmond__ Division

In re  Tonya Anne Darnell

        Debtor(s)

Case No.  17-35306-KRH

Chapter  13

## ORDER GRANTING EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. § 1328

The above debtor(s) having filed a motion for extension of time to file Debtor's Certification of Compliance with 11 U.S.C. § 1328, pursuant to Local Rule 4008-2, it is therefore

ORDERED that the time for filing the Debtor's Certification of Compliance with 11 U.S.C. § 1328 is extended until  8/4/2020 .[1] Failure to file the certification may result in the case being closed without an entry of a discharge order.

Date Jul 24 2020

/s/ Kevin R. Huennekens
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET: Jul 24 2020

---

[1] Insert date that is 14 days from the date the Certification was originally due.

[oext1328 ver.12/11]