# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

### _____Richmond_____ Division

In re   Tonya Anne Darnell

                                                      Case No.    17-35306-KRH

            Debtor(s)                                 Chapter    13


### ORDER GRANTING  EXTENSION OF TIME
### TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE


The above debtor(s) having filed a motion for extension of time to file Certification About a Financial Management Course (Official Form 423) pursuant to Federal Rules of Bankruptcy Procedure 1007(c),  it is, therefore

**ORDERED**, under authority of Rule 1007(c) of the Federal Rules of Bankruptcy Procedure, the time for filing the Certification About a Financial Management Course (Official Form 423), as described in 11 U.S.C. § 111, is extended until _____8/4/2020_____. Failure to file the certification will result in the case being closed without an entry of discharge.

Date:  Jul 24 2020_____

                                       /s/ Kevin R. Huennekens_____
                                       United States Bankruptcy Judge

                                       NOTICE OF JUDGMENT OR ORDER
                                       ENTERED ON DOCKET:  Jul 24 2020_____

[oextof23 ver. 12/15]